AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Manion, Daniel A. | USCA-7 | 05/17/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 301 Grant Federal Building<br>204 S. Main Street<br>South Bend, IN 46601 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Manion, Daniel A.

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/17/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/17/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/17/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank checking | A | Interest | K | T | | | | | |
| 2. Key Bank checking #2 | | None | J | T | | | | | |
| 3. AIM Asia Pacific Growth fund | A | Distribution | K | T | | | | | |
| 4. Gabelli Value Mutual Fund | A | Distribution | K | T | | | | | |
| 5. Templeton Foreign Fund | C | Distribution | M | T | | | | | |
| 6. Europacific Growth Fund | A | Distribution | L | T | | | | | |
| 7. Goldman Sachs Small Cap Value Fund | A | Distribution | L | T | | | | | |
| 8. Hartford Capital Appreciation Fund | | None | L | T | | | | | |
| 9. AIM Developing Markets Fund | A | Distribution | J | T | | | | | |
| 10. First Opportunity Fund | A | Distribution | J | T | | | | | |
| 11. UBS deposit account | A | Distribution | J | T | | | | | |
| 12. Seligman Global Fund | | None | J | T | | | | | |
| 13. Janus Fund | A | Distribution | L | T | | | | | |
| 14. Fidelity Magellan Fund | A | Distribution | L | T | | | | | |
| 15. Diamonds | | None | J | W | | | | | |
| 16. Boeing Company common | A | Dividend | J | T | | | | | |
| 17. Evansville Redev. Bond | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/17/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Blackrock Muni 2018 Trust | A | Dividend | J | T | | | | | |
| 19. Barclays Bank preferred | A | Dividend | J | T | | | | | |
| 20. Credit Suisse preferred | A | Dividend | J | T | | | | | |
| 21. Deutsche Bank preferred | A | Dividend | J | T | | | | | |
| 22. ING Group preferred | A | Dividend | J | T | | | | | |
| 23. Bank of America preferred | A | Dividend | J | T | | | | | formerly Merrill Lynch |
| 24. South Bend Redev. Bond | A | Interest | J | T | | | | | |
| 25. Indiana St. Dev. Bond | A | Interest | J | T | | | | | |
| 26. Chicago IL O'Hare bond | A | Interest | J | T | | | | | |
| 27. Brownsville TX bond | A | Interest | J | T | | | | | |
| 28. Indianapolis IN loc bond | A | Interest | J | T | | | | | |
| 29. Indianapolis IN gas bond | A | Interest | J | T | | | | | |
| 30. Hamilton Co. OH bond | A | Interest | J | T | | | | | |
| 31. Kane/DeKalb Co. IL bond | B | Interest | K | T | | | | | |
| 32. University Akron bond | A | Interest | J | T | | | | | |
| 33. Keycorp common | B | Dividend | L | T | | | | | |
| 34. UBS deposit account | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/17/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRAs -- items 36-46 | | | | | | | | | |
| 36. Oppenheimer Capital Appreciation fund | | None | J | T | | | | | |
| 37. UBS Bank USA dep | A | Distribution | J | T | | | | | |
| 38. General Electric | A | Dividend | J | T | | | | | |
| 39. Davis NY Venture Fund | A | Distribution | K | T | | | | | |
| 40. Franklin Balance Sheet | A | Distribution | K | T | | | | | |
| 41. Franklin Income Fund | A | Distribution | J | T | Buy | 08/28/09 | J | | |
| 42. Davis NY Venture Fund | A | Distribution | | | Sold | 08/28/09 | K | | |
| 43. Federal 401K plan | | None | N | T | | | | | |
| 44. State of Indiana retirement | | None | J | T | | | | | |
| 45. Growth Fund America | A | Distribution | J | T | | | | | |
| 46. 20/20 Fund (Jennison) | A | Distribution | L | T | Buy | 02/10/09 | K | | |
| 47. Northwestern Mutual Life Insurance | | None | M | T | | | | | |
| 48. Unimproved real estate St. Joseph Cty, IN | | None | L | W | | | | | |
| 49. Baird Trust Acct: items 50-84 | | | | | | | | | |
| 50. Automatic Data Processing (ADP) | B | Dividend | K | T | | | | | |
| 51. Computer Sciences Corp. common | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/17/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Target Corp. common | B | Dividend | L | T | Sold (part) | 12/10/09 | J | D | |
| 53. Kellogg Company | A | Dividend | K | T | Buy | 02/13/09 | J | | |
| 54. Windstream Corp. | C | Dividend | K | T | | | | | |
| 55. Illinois tool Works common | A | Dividend | K | T | | | | | |
| 56. Intel Corp common | A | Dividend | J | T | Sold (part) | 10/30/09 | J | C | |
| 57. Intel Corp common | A | Dividend | J | T | Sold (part) | 12/04/09 | J | C | |
| 58. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 59. Procter & Gamble common | A | Dividend | J | T | | | | | |
| 60. Baird Muni Money Market (Dreyfus) | A | Distribution | L | T | | | | | |
| 61. Fiserv Inc. | | None | M | T | | | | | |
| 62. Becton Dickinson & Co. | A | Dividend | K | T | | | | | |
| 63. Clarcor Inc. | A | Dividend | K | T | | | | | |
| 64. Ecolab common | A | Dividend | K | T | | | | | |
| 65. Patterson Companies common | . | None | M | T | | | | | |
| 66. Fastenal common | C | Dividend | M | T | | | | | |
| 67. Permanent Portfolio Fund | A | Dividend | J | T | Buy | 11/27/09 | J | | |
| 68. Stericycle Inc. | | None | J | T | Buy | 12/16/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/17/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Royal Bank of Scotland | A | Dividend | | | Sold | 06/04/09 | J | | |
| 70. Valmont Industries | | None | J | T | Buy | 12/07/09 | J | | |
| 71. Harris Stratex Networks | | None | J | T | Spinoff (from line 84) | 05/27/09 | J | | |
| 72. Harley Davidson common | A | Dividend | K | T | | | | | |
| 73. Medtronic Inc. | A | Dividend | L | T | | | | | |
| 74. Zebra Tech Corp. | | None | | | Sold | 02/13/09 | K | | |
| 75. McGraw-Hill common | A | Dividend | K | T | Sold (part) | 02/13/09 | K | | |
| 76. Walgreen | A | Dividend | K | T | | | | | |
| 77. Emerson Electric | B | Dividend | K | T | | | | | |
| 78. EQT Corp. | A | Dividend | K | T | Buy | 02/13/09 | K | | |
| 79. Federated Invs. Class B | B | Dividend | K | T | | | | | |
| 80. Microsoft Corp | A | Dividend | K | T | Buy | 10/30/09 | J | | |
| 81. McCormick & Co. | A | Dividend | K | T | | | | | |
| 82. VCA Antech Inc. | | None | K | T | | | | | |
| 83. General Electric | A | Dividend | K | T | | | | | |
| 84. Harris Corp. | B | Dividend | K | T | | | | | |
| 85. BP PLC common | D | Dividend | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/17/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income. assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. General Electric | B | Dividend | K | T | | | | | |
| 87. Pfizer Inc. | B | Dividend | K | T | | | | | |
| 88. Procter & Gamble | B | Dividend | L | T | | | | | |
| 89. JM Smucker | A | Dividend | J | T | | | | | |
| 90. UBS deposit account | A | Dividend | M | T | | | | | |
| 91. Ohio State Higher Educ. Fund muni | A | Interest | K | T | | | | | |
| 92. UBS custodial accts:Fidelity Adv. dividend growth ▓▓▓▓▓ ) | A | Distribution | J | T | | | | | |
| 93. Alliance College Bound Fund | | None | L | T | | | | | |
| 94. American Funds College America | | None | M | T | | | | | |
| 95. College Choice 529 plan | | None | J | T | | | | | |
| 96. Fidelity Spartan 500 Index Fund | A | Distribution | J | T | | | | | |
| 97. Fidelity Growth and Income Fund | A | Distribution | K | T | | | | | |
| 98. Vanguard 500 Index Fund | B | Distribution | K | T | | | | | |
| 99. OppenheimerFunds Legacy Program | A | Distribution | | | Donated | | | | |
| 100. OppenheimerFunds Legacy Program | A | Distribution | | | Donated | | | | |
| 101. Notre Dame Federal Credit Union savings | A | Dividend | M | T | Buy | 08/13/09 | M | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1.001 - $2.500 | C =$2.501 - $5,000 | D =$5.001 - $15,000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Cost (Appraisal) | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/17/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Lines 99 and 100: Self-directed charitable foundation (value donated to charity reduced corpus in fund)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# United States Court of Appeals
## for the Seventh Circuit

Daniel A. Manion
Circuit Judge

301 Grant Federal Bldg.
204 S. Main Street
South Bend, IN 46601

August 11, 2010

Bobby R. Baldock, Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, NE
Washington, DC 20544

Dear Judge Baldock:

     This letter is in response to the Committee's request of August 3 regarding the College Choice 529 plan listed in Part VII, page 9, line 95 of my report. Unfortunately, as of December 31, 2009, the cash deposit into the fund remained in cash. The broker was directed to invest it in an Indiana mutual fund that would qualify for a $1000 tax credit. Because that investment was not completed as of December 31, I did not receive the credit. Sometime later it was invested in a mutual fund, and I plan to list that on the Financial Disclosure due to be filed next May. If you need any more information, please let me know.

Sincerely yours,

Daniel A. Manion

DAM:cb

Manion, Daniel A.